DELOS A. BLODGETT, SURVIVOR, ETC., v. HORATIO N. HOVEY AND JOHN B. MCCRACKEN.

[See 91 Mich. 571.]

*Sale—Passing of title.*

This case is ruled as to the law by the former decision, reported in 91 Mich. 571; and, the facts there directed to be submitted to the jury having been found against the defendants under a charge in all things fair to them, the judgment in favor of the plaintiff is affirmed.

Error to Kent. (Adsit, J.) Argued January 22, 1894. Decided March 27, 1894.

*Assumpsit.* Defendants bring error. Affirmed. The facts are stated in 91 Mich. 571.

*Smith, Nims, Hoyt & Erwin,* for appellants.

*Edwin F. Uhl,* for plaintiff.

LONG, J. This cause was in this Court at the January term of 1892, and is reported in 91 Mich. 571. The cause then came up on writ of error sued out by defendants, as on the trial of the case in the court below the plaintiff had verdict and judgment under the direction of

the court. The judgment was reversed, and a new trial ordered, with direction to the court below that the questions arising as to a completed sale of the lumber must be submitted to the determination of the jury. The cause has been retried before a jury, and the verdict and judgment are again in favor of plaintiff. The charge is very full, and in all things fair to the defendants. The charge is given almost in the identical language of the opinion of this Court, and the facts have been found against the defendants.

Judgment is affirmed.

The other Justices concurred.